# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUNSTALL, | No. CIV S-08-0774-GEB-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| J. YENTES, et al., | |
|     Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 4).  Plaintiff's complaint will be addressed separately.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

    2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

/ / /

1    3.   No initial partial filing fee will be assessed pursuant to 28 U.S.C.
2 § 1915(b)(1); and
3    4.   Plaintiff will be obligated for monthly payments of twenty percent of the
4 preceding month's income credited to plaintiff's prison trust account, such payments to be
5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6 account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.
7 § 1915(b)(2).

 DATED: May 1, 2008

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```