IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

       Plaintiff,                       No. CIV S-08-0774 GEB CMK P

    vs.

J. YENTES, et al.,

       Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a motion entitled "notice of motion and motion for court order". In his motion, plaintiff alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

        Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

///

///

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 4, 2008 motion for a court-ordered deadline is denied.

DATED: August 6, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/ja
tuns 08cv0774.80